# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, et al., | Case No. 1:13-cv-01157-LJO-SAB |
| Plaintiffs, | ORDER RE REQUEST FOR PLAINTIFF TO FILE COPY OF MOTION FOR CLASS CERTIFICATION |
| v. | |
| RUAN TRANSPORT CORPORATION, et al., | |
| Defendants. | |

On September 18, 2013 the Court conducted a hearing on Defendant's motion to remand. During the hearing, the Court requested that Plaintiff's counsel file a copy of the motion for class certification filed in state court. The document which the Court requested has been located in the filings submitted in support of this motion. Accordingly, Plaintiffs are advised that they need not file a copy of the motion for class certification.

IT IS SO ORDERED.

Dated: **September 19, 2013**

UNITED STATES MAGISTRATE JUDGE

1