# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>RUAN TRANSPORT CORPORATION, et al.,<br><br>              Defendants. | Case No. 1:13-cv-01157-LJO-SAB<br><br>ORDER RE REQUEST FOR PLAINTIFF TO FILE COPY OF MOTION FOR CLASS CERTIFICATION |

On September 18, 2013 the Court conducted a hearing on Defendant's motion to remand. During the hearing, the Court requested that Plaintiff's counsel file a copy of the motion for class certification filed in state court. The document which the Court requested has been located in the filings submitted in support of this motion. Accordingly, Plaintiffs are advised that they need not file a copy of the motion for class certification.

IT IS SO ORDERED.

Dated: __September 19, 2013__  _____

                                                                                             UNITED STATES MAGISTRATE JUDGE

1