UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| KEVIN WILLIAMS, DAVID YOUNG, SCOTT ROWE and RON CABRERA,<br><br>Plaintiffs,<br><br>vs,<br><br>RUAN INCORPORATED, KINGS COUNTY TRUCK LINES, INC., RUAN TRANSPORT CORPORATION, and DOES 3-50 inclusive,<br><br>Defendants | Case No. 1:13-cv-1157 LJO SAB<br><br>Mag. Judge: Hon. Stanley A. Boone<br><br>CLASS ACTION<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Pursuant to the stipulation of the parties, the Scheduling Conference set for October 8, 2013 is HEREBY CONTINUED to December 10, 2013, at 2:00 p.m. in Courtroom 9.  A Joint Scheduling Report shall be filed electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **September 24, 2013**   _____

UNITED STATES MAGISTRATE JUDGE