UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, et al., | CASE NO. CV F 13-1157 LJO SAB |
| Plaintiffs, | **JUDICIAL DISCLOSURE** |
| vs. | |
| RUAN INCORPORATED, et al., | |
| Defendants. | |

At 10 a.m. on October 18, 2013, this Court learned for the first time that its part-time law student extern performs services for Wagner & Jones LLP and immediately identified the cases before this Court involving Wagner & Jones LLP.  The extern performed no Court work and took no Court action on the above-captioned case or any other cases involving Wagner & Jones LLP.  The law student's externship with the Court was immediately terminated upon the Court's learning of the extern's relationship with Wagner & Jones LLP.  This Court will not recuse itself from the above-captioned case or any other cases involving Wagner & Jones LLP due to the externship since the undersigned and Court staff had no knowledge of the extern's relationship with Wagner & Jones LLP.

IT IS SO ORDERED.

Dated:   **October 18, 2013**                         **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

1