# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, et al., | Case No. 1:13-cv-01157-LJO-SAB |
| Plaintiffs, | ORDER VACATING HEARING DATE OF DECEMBER 11, 2013 |
| v. | |
| RUAN TRANSPORT CORPORATION, et al., | |
| Defendants. | |

On October 18, 2013, this action was remanded to state court; however the District Court retained jurisdiction for the limited purposes of determining the amount of costs and fees associated with removal to be awarded to Plaintiffs and referred the matter to the undersigned.

Plaintiffs filed a motion for attorney fees and costs on November 8, 2013, and a hearing was set for December 11, 2013. Defendants filed an opposition to the motion on November 27, 2013, and Plaintiffs filed a reply on December 4, 2013. The Court finds the motion suitable for decision on the moving papers.

///

///

///

///

1

1        Accordingly, the matter is taken under submission and the hearing set for December 11,

2   2013, is HEREBY VACATED.

3

4   IT IS SO ORDERED.

5       Dated:   **December 9, 2013**                    _____

6                                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2