# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUAN TRANSPORT CORPORATION, et al.,<br><br>Defendants. | Case No. 1:13-cv-01157-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND AWARDING ATTORNEY FEES<br><br>(ECF Nos. 31, 33, 34, 36) |

On December 16, 2013, the magistrate judge assigned to this action issued a Findings and Recommendation to award attorney fees and costs following the remand of this action to Tulare County Superior Court. (ECF No. 36.) The Findings and Recommendation was served on all parties and contained notice that objections were to be filed within fourteen (14) days. More than fourteen days have passed an no objections have been filed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, this Court finds that the Findings and Recommendation is supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that :

1. The Findings and Recommendation issued December 16, 2013 is ADOPTED IN FULL; and

2. Plaintiffs' Motion for Attorney Fees and Costs is GRANTED against Defendants in the amount of $11,000.00.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **January 6, 2014**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE